United States Magistrate Judge J. Richard Creatura

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DENNIS C. HUNTER, | ) |
| | ) CIVIL NO. C11-5107RJB-JRC |
| Plaintiff, | ) |
| | ) ORDER FOR EXTENSION OF |
| vs. | ) TIME TO FILE PLAINTIFF'S |
| | ) OPENING BRIEF |
| MICHAEL J. ASTRUE, | ) |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |

Based on Plaintiff's Motion (ECF No. 12) and the agreement of the parties, it is hereby

ORDERED that Plaintiff's Opening Brief shall be filed on or before August 2, 2011, Defendant's Answering Brief shall be filed on or before August 30, 2011, and Plaintiff's Reply Brief shall be filed on or before September 13, 2011.

Oral argument, if desired, shall be requested by September 20, 2011.

DATED this 29th day of June, 2011.

J. Richard Creatura
United States Magistrate Judge

ORDER FOR EXTENSION OF TIME
TO FILE PLAINTIFF'S OPENING BRIEF –
[C11-5107RJB-JRC] - 1