UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DENNIS C. HUNTER,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security Administration,<br><br>    Defendant. | CASE NO. 11-CV-05107 RJB<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

The Court, having reviewed the Report and Recommendation of Judge J. Richard Creatura, United States Magistrate Judge, on the Defendant's Stipulated Motion for Remand (ECF No. 21) and the relevant record does hereby find and ORDER:

    (1)    The Court adopts the Report and Recommendation;

    (2)    The matter is REVERSED and REMANDED pursuant to sentence six of 42 U.S.C. § 405(g) to the Administration for further consideration; and

    (3)    The Clerk is directed to enter Judgment and close this case.

DATED this 31st day of October, 2011.

*/s/ Robert J. Bryan*

ROBERT J. BRYAN
United States District Judge

ORDER - 1