# United States District Court

WESTERN DISTRICT OF WASHINGTON

DENNIS C. HUNTER

v.

MICHAEL J. ASTRUE, Commissioner
of Social Security Administration

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C11-5107RJB

___ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

The Court adopts the Report and Recommendation; and

The matter is REVERSED and REMANDED pursuant to sentence six of 42 U.S.C. 405(g) to the Administration for further consideration.

November 1, 2011                                       WILLIAM M. McCOOL
                                                                        Clerk

                                                                  *s/CM Gonzalez*
                                                              Deputy Clerk