# United States District Court

WESTERN DISTRICT OF WASHINGTON

DENNIS C. HUNTER

    v.

MICHAEL J. ASTRUE, Commissioner
of Social Security Administration

**AMENDED**
JUDGMENT IN A CIVIL CASE

CASE NUMBER: C11-5107RJB

___ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

The Court adopts the Report and Recommendation;

The matter is REVERSED and REMANDED pursuant to sentence **four** of 42 U.S.C. § 405(g) to the Administrations for further consideration; and

The Clerk is directed to enter Judgment and close this case.


  November 7, 2011                                   WILLIAM M. McCOOL
Date                                                     Clerk

                                                            *s/CM Gonzalez*
                                                            Deputy Clerk