# United States District Court

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DENNIS C. HUNTER | **AMENDED**<br>JUDGMENT IN A CIVIL CASE |
| v. | |
| MICHAEL J. ASTRUE, Commissioner<br>of Social Security Administration | |
| | CASE NUMBER: C11-5107RJB |

__  **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX  **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

The Court adopts the Report and Recommendation;

The matter is REVERSED and REMANDED pursuant to sentence **four** of 42 U.S.C. § 405(g) to the Administrations for further consideration; and

The Clerk is directed to enter Judgment and close this case.


| | |
|---|---|
| November 7, 2011 | WILLIAM M. McCOOL |
| Date | Clerk |
| | |
| | *s/CM Gonzalez* |
| | Deputy Clerk |